**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: June 13, 2019

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      RE:   ALANA SOUZA vs. BRASS SADDLE, INC.
          Case Number:   **2:19–CV–00683–CRE**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                      Sincerely,

                      JOSHUA C. LEWIS
                      CLERK OF COURT

      By:  /s/ **jv**
                      Deputy Clerk

Enclosures