IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| ALANA SOUZA, CIELO JEAN GIBSON, DESSIE MITCHESON, EMILY SEARS, EVA PEPAJ, HEATHER RAE YOUNG, HILLARY FISHER VINSON, JESSICA GOLDEN, LUCY PINDER, MARIANA DAVALOS, MARKETA KAZDOVA, PAOLA CANAS, TIFFANY SELBY, RHIAN SUGDEN, AND; AND TIFFANY TOTH GRAY,<br><br>   Plaintiffs,<br><br> vs.<br><br>BRASS SADDLE, INC., BETTY ANN BISACCA,<br><br>   Defendants, | 2:19-CV-00683-CRE |

## ORDER TO SHOW CAUSE

AND NOW, this 16th day of January, 2020,

The complaint in the above captioned case was filed on June 12, 2019 and Defendant Brass Saddle Inc. was served on October 24, 2019 with its answer due by November 14, 2019. *See* ECF No. 10. As of this date, Defendant Brass Saddle, Inc. has not filed a responsive pleading to the complaint nor requested an extension of time to do so, nor have Plaintiffs taken any subsequent action for entry of default against that Defendant.

Additionally, Plaintiffs have not submitted an executed summons/return of service as to Defendant Betty Ann Bisacca under the extended deadline provided to Plaintiffs by the court. *See* ECF No. 5 (extended service deadline to 11/13/2019).

Therefore, IT IS HEREBY ORDERED that Plaintiffs show cause by **January 23, 2020** as

to why the action against Defendant Brass Saddle, Inc. should not be dismissed for failure to prosecute, or shall request an entry of default as to Defendant.

IT IS FURTHER ORDERED that Plaintiffs show cause by **January 23, 2020** why Defendant Betty Ann Bisacca should not be dismissed without prejudice for failure to effect service or submit executed summons/return of service forms.

Failure to comply with this Order may result in the dismissal of this case.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge