UNITED STATES DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA SOUZA a/k/a ALANA CAMPOS, CIELO JEAN GIBSON a/k/a CJ GIBSON, DESSIE MITCHESON, EMILY SEARS, EVA PEPAJ, HEATHER RAE YOUNG, HILLARY FISHER VINSON a/k/a HILLARY HEPNER, JESSICA GOLDEN a/k/a JESSE GOLDEN, LUCY PINDER, MARIANA DAVALOS, MARKETA KAZDOVA, PAOLA CANAS, TIFFANY SELBY, RHIAN SUGDEN, and TIFFANY TOTH GRAY,<br><br>              Plaintiffs,<br><br>    - against -<br><br>BRASS SADDLE, INC. d/b/a THE FILLY CORRAL, OLI-CAR, INC d/b/a THE FILLY CORRAL and BETTY ANN BISACCA,<br><br>              Defendants. | Case No.  2:19-cv-00683<br><br><br>ELECTRONICALLY FILED |

**PRAECIPE TO ISSUE SUMMONS**

To the Clerk:

Kindly issue the attached summons. (At ECF No. 39)

                                              Respectfully submitted,

                                              s/Louis J. Kroeck
                                              Attorney for Plaintiff

                                              Louis J. Kroeck
                                              PA ID No. 210045
                                              Lou@Ljk-law.com

                                              12th Floor, Park Building
                                              355 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              412-712-7605

2