IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ALANA SOUZA, CIELO JEAN GIBSON, DESSIE MITCHESON, EMILY SEARS, EVA PEPAJ, HEATHER RAE YOUNG, HILLARY FISHER VINSON, JESSICA GOLDEN, LUCY PINDER, MARIANA DAVALOS, MARKETA KAZDOVA, PAOLA CANAS, TIFFANY SELBY, RHIAN SUGDEN, AND; AND TIFFANY TOTH GRAY,<br><br>                  Plaintiffs,<br><br>         vs.<br><br>OLI-CAR, INC.,<br><br>                  Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:19-CV-00683-RJC |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** September 29, 2021
**Time:** 10:00 a.m. – 10:15 a.m.
**Type of Conference:** Mid-Discovery Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Katie Curtis (catherine_curtis@pawd.uscourts.gov); Michelle Markowitz (Michelle_Markowitz@pawd.uscourts.gov)

**Counsel For Plaintiff(s)**
John V. Golaszewski

**Counsel For Defendant(s)**
Philip J. Sbrolla

**Orders, Remarks, Instructions**

- The Post-Discovery Status Conference scheduled for 10/13/2021 at 11:00 a.m. is CANCELED.

- Defendants indicated they intend to file a motion for extension of time to serve the Third Party Complaint.

- The parties shall file a joint status report by 10/8/2021, indicating whether they would like

to request a brief stay in this case while they pursue settlement negotiation or whether they would like to submit an amended case management order. If the parties agree to submit an amended case management order, that order is due by 10/15/2021.